**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. GJH19CR028 |
| ) | Judge Hazel |
| LARRY FRANCIS NEWMAN, JR. ) | |

**DEFENDANT NEWMAN'S MOTION TO CONTINUE THE JULY 19, 2021 TRIAL**

Defendant, Larry F. Newman, Jr., through undersigned counsel, hereby moves the Court to issue an order continuing the current July 19, 2021 Trial Date in this case. As grounds for this Motion, Mr. Newman states as follows:

1. Mr. Newman has been charged with: (1) possession with intent to distribute cocaine, cocaine base and PCP, in violation of 21 U.S.C. Sec. 841(a)(1), (b)(1)(B), and(b)(1)(C); possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. Sec. 924(c); and possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. Sec. 922(g).

2. A Trial Date is set for July 19, 2021, in this case.

3. Before the Pandemic began in March 2020, counsel had several in-person meetings with Mr. Newman at the District of Columbia Jail. Counsel was able to review the case, the charges, discovery, and plea offers with Mr. Newman.

4. After the Pandemic commenced in March 2020, communication with Mr. Newman was largely limited to letters from counsel to Mr. Newman.

5. At one point in 2020, Mr. Newman contracted COVID-19, and

he was unavailable to confer with counsel for several months.

6. By February 2021, and continuing through present, counsel has had four (4) video conferences with Mr. Newman (one-half hour to forty-five minutes each). Counsel met with Mr. Newman at Court at the Motions Hearing on June 24, 2021.

7. However, the Government has recently served more discovery on counsel, as late as July 5, 2021. Further, much of this discovery took several days for counsel to actually receive, including two audio interviews of witnesses received just this week.

8. Counsel had a video conference with Mr. Newman on July 6, 2021. Counsel and Mr. Newman reviewed the status of the case, and preparations for trial.

9. Mr. Newman remains very committed to going to trial. He is emphatic about his innocense in this case.

10. Mr. Newman has been and continues to be very engaged in the preparation of his defense. However, Mr. Newman believes that he has not been fully apprised of all discovery, has not had an adequate time to meet with counsel to prepare for trial, and he wants further input with counsel in order to be fully prepared for trial.

11. In the July 6, 2021 video conference, Mr. Newman requested that counsel seek a continuance of the trial, in order to allow Mr. Newman to have the quantity and quality of input into his defense.

12. Counsel agrees with Mr. Newman. Only Mr. Newman has the information and details about the case that counsel needs to adequately prepare for trial.

13. While counsel and Mr. Newman have had four video conferences since February 2021, these time-limited video conferences are not an adequate substitute for counsel having multi-hour in-person meetings with Mr. Newman, so Mr. Newman and counsel can be fully prepared for trial.

14. Mr. Newman faces serious charges. According to the Government, he is subject to the Career Offender section of the United States Sentencing Guidelines, and a potential sentence under that section of 360 months to life.

15. Under these circumstances, Mr. Newman wants to be fully prepared for trial. At this time, Mr. Newman submits that he has not had an adequate opportunity to confer with counsel about the preparation of his defense.

16. Mr. Newman understands that a continuance of the trial will result in his continued incarceration until trial.

WHEREFORE, Mr. Newman moves the Court to issue an order continuing the current July 19, 2021 Trial Date in this case.

Respectfully submitted,

_____/S/_____
Peter L. Goldman, Esq.
SABOURA, GOLDMAN & COLOMBO, P.C.
211 North Union Street, Suite 100
Alexandria, VA  22314
(703) 684-6476 (o)
(703) 373-1941 (f)
pgoldmanatty@aol.com
Counsel for Defendant

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2021, a copy of the foregoing Motion was sent via ECF to: AUSA Elizabeth G. Wright, United States Attorney's Office for Maryland, 6406 Ivy Lane, Suite 800, Greenbelt, MD 20770.

_____/S/_____
Peter L. Goldman